## CERTIFICATE OF SERVICE

I, Chad D. Heckman _____ (name), certify that service of this summons and a copy of the complaint was made __June 3, 2020__ (date) by:

- [X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to: Guillermo Gutierrez Lorenzo, 6310 W. 14 Ave., Hialeah, FL 33012; Patrick L. Cordero, Esq., 7333 Coral Way, Miami, FL 33155; Nancy K. Neidich, P.O. Box 279806, Miramar, FL 33027

- [ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] **Residence Service:** By leaving the process with the following adult at:

- [ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] **Publication:** The defendant was served as follows: [Describe briefly]

- [ ] **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 3, 2020                         Signature: _____

| Print Name: | Chad D. Heckman | | |
|---|---|---|---|
| Address: | P.O. Box 12492 | | |
| City: Tallahassee | | State: FL | Zip: 32317 |

*Page 3 of 3*